| United States District Court Southern District of Texas Corpus Christi Division | United States Courts Southern District of Texas FILED MAR 1 2 2019 David J. Bradley, Clerk of Court |
|---|---|
| Francisco Ramoz<br><br>vs.<br><br>City of Corpus Christi | No. _____ |

# Complaint

TO THE HONORABLE COURT:

Francisco Ramoz ("Ramoz") files this Complaint against the City of Corpus Christi ("City").

## Background

1. Ramoz filed a complaint with the Texas Human Rights Commission (THRC).

2. The THRC is authorized to act as delegate of the EEOC.

3. The THRC Processed the complaint.

4. The City created a lot of false pretext reasons attempting to justify the dismissal.

5. The City refused to mediate Ramoz's Complaints.

6. The THRC issued a Right to Sue Letter.

## Service of Process

7. The City may be served through its Chief Executive Officer in other words its City Manager and/or its Mayor. See Rule 4(j)(2)(A).

## Claims

7. Ramoz was substantially older than most of his fellow employees.

8. He was mocked and discriminated against based on his age.

9. He was also treated in a hostile manner and discriminated against based on his sex.

10. His claims are age discrimination and sex discrimination also hostile work environment.

11. The City has outrageously slandered Ramoz in its attempt to justify its discriminatory conduct. However, to the best of his knowledge, the slander has not been published outside the City and this proceeding (including the administrative portion of this proceeding).

## Damages

11. He has suffered financial damages including lost wages and reduced wages. He currently makes only a fraction of what he made at the City. He lost retirement benefits.

12. He has suffered all types of damages allowed by law.

## Attachments

13. He attaches the following:

1) Administrative Complaint

2) THRC Preliminary Determination

3) Response to Preliminary Determination

3) Right to Sue Letter

## Conditions Precedent

14. All conditions precedent have been performed or have occurred.

## Conclusion

15 The Court should grant Ramos judgment for his damages all relief allowed by law.

Respectfully Submitted,

*Francisco Ramoz* (By David Able with permission)

Francisco Ramoz
P.O. Box 623
Skidmore, Texas 78359
(361) 319-7618
firamoz1958@gmail.com

2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge Number(s): |
|---|---|---|
| | [X] FEPA<br>[ ] EEOC | |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Francisco I. Ramoz | Home Phone *(Incl. Area Code)*<br>(361) 319-7618 | Date of Birth<br>10-1958 |
|---|---|---|

Street Address
City, State and ZIP Code

PO Box 623
Skidmore, TX 78389

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name<br>CITY OF CORPUS CHRISTI | No. Employees, Members<br>15+ | Phone No. *(Include Area Code)*<br>(361) 826-3010 |
|---|---|---|

Street Address
City, State and ZIP Code

1201 Leopard
Corpus Christi, TX 78401

DISCRIMINATION BASED ON

**Age and Sex**

| DATE(S) DISCRIMINATION TOOK PLACE: Earliest: | 5/9/2014 | Latest: | 5/9/2017 |
|---|---|---|---|

THE PARTICULARS ARE:

**I. PERSONAL HARM**

I have been subjected to discipline, harassment, and discharge due to my age (58) and sex (male). Rudy Betancourt (Director of Housing Community Development) was obvious and deliberate in giving favorable treatment to younger male employees. This created a work environment that forced out older male employees, and disinvited me from meetings on new technology. Betancourt referenced my age in telling me that I "would probably have trouble adjusting to the new software and changes." He did not tell this to any of the young employees. Laura Rickerson (Manager of Housing Programs) was openly hostile toward male employees and used her office and authority to harass me due to my sex. The office management even sought to punish me for insubstantial and false claims of dishonesty, not following procedures, and not completing job tasks.

**II. RESPONDENT'S REASON FOR ADVERSE ACTION:**

No response provided by the Respondent.

**III. DISCRIMINATION STATEMENT:**

I believe I have been discriminated against in violation of Texas Labor Code, Chapter 21, and The Age Discrimination in Employment Act of 1967 because of my age (58) and Title VII of the Civil Rights Act of 1964 as Amended because of my sex (male).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

COMPLAINANT COMPLETES BELOW:

My name is _Francisco Ramoz_, _____, _____, my date of birth is _10/03/1958_
              (First)                    (Middle)              (Last)

and my address is _P.O. Box 623_____, _Skidmore_____, TX, _78389_____, _____.
                    (Street)                    (City)                    (Zip)        (Country)

Executed in _Be_____ County, State of Texas, on the _6th_____ day of _February, 2018_ , _20___.
              (County)                                         (Day)        (Month)            (Year)

I declare under penalty of perjury that the above is true and correct.

_Francisco Ramoz_                                    _2/6/2018_                    EX 1
Charging Party Signature                              Date

Ruth R. Hughs, Chair
Commissioner Representing
Employers

Julian Alvarez
Commissioner Representing Labor

Robert D. Thomas
Commissioner Representing the Public

Larry E. Temple
Executive Director

# Texas Workforce Commission
## A Member of Texas Workforce Solutions
November 19, 2018

Francisco I. Ramoz
c/o David Sibley
545 N. Upper Broadway, Ste 605
Corpus Christi, TX 78401

RE:   **PRE-DETERMINATION LETTER**
      Francisco I. Ramoz v. City of Corpus Christi
      TWCCRD#:  1A18626              EEOC#:  31C-2018-00561

Dear Mr. Ramoz:

The Texas Workforce Commission Civil Rights Division (TWCCRD) has been investigating your Charge of Discrimination filed against City of Corpus Christi, including all evidence provided to date by you and Respondent. You stated you were disciplined, harassed and discharged due to age (58) and sex (Male).

You stated Director Rudy Betancourt (approximately 40) said you would have trouble using new technology, and disinvited you from a meeting regarding new technology. You alleged Respondent criticized your job performance without an adequate reason, and resented you because you were a knowledgeable long-term employee. You stated significantly younger Property Advisors, Marcos Flores and Nicholas Rodriguez, were treated better than you even though they engaged in serious rule violations.

Respondent stated you were hired June 23, 2008, and discharged May 9, 2017, for unsatisfactory performance, and failure to successfully complete a performance improvement plan (PIP). Respondent denied making any negative statements to you regarding the use of new technology.

Respondent stated you were reprimanded April 1, 2016, for missing scheduled meetings with clients: you were placed on a PIP. Respondent stated on or about October 12, 2016, you failed to complete the one-year warranty inspection on an air conditioner, and that mistake cost Respondent a large amount of money after the air conditioner failed. Respondent stated on or

Ex 2

about December 5, 2016, you were reprimanded because you behaved unethically by contacting the Corpus Christi Diocese to ask them to donate land to a citizen.

Respondent stated you also failed to process a homeowner's request for warranty work in or around March of 2017. Respondent alleged additional funds were spent because the warranty work was not completed timely. Respondent provided TWCCRD with copies of the aforementioned disciplinary documentation. Respondent discharged you May 9, 2017, for engaging in a pattern of performance deficiencies.

Respondent denied your contention that Flores and Rodriguez were treated better than you when they committed serious policy violations. Rodriguez received one warning from Respondent for failing to update weekly reports in a timely manner.

## I.    HARASSMENT

In order to establish a violation on a Harassment issue, the evidence must show: 1) Charging Party belongs to a protected class; (2) Charging Party was subjected to unwelcome comments or conduct; (3) the unwelcome harassment was based on Charging Party's protected class (4) the conduct resulted in a tangible job action or was sufficiently severe or pervasive to interfere with a term, condition, or privilege of Charging Party's work (measured by standard of reasonable person in Charging Party's situation); and (5) the Respondent knew or should have known of the harassment and failed to take remedial action.

You established prong one because you belong to protected classes based on age (58) and sex (Male).

You stated you were subject to unwelcome conduct and comments when Director Betancourt (approximately 40) said you would have trouble using new technology, and disinvited you from a meeting regarding new technology. Respondent denied your contention that any negative statements were made about your ability to use new technology, and you did not provide a document or witness to support your allegation. Since Respondent did not deny that you were disinvited from a meeting regarding new technology, prong two is established based on that allegation.

You stated you were disinvited from one meeting regarding new technology because Betancourt believed you would have trouble using the technology. Assuming for the sake of argument that you were disinvited from the meeting due to your age, prong three is established.

The evidence does not show that being disinvited from one meeting was sufficiently severe so as to rise to the level of harassment, nor does the evidence show that you were discharged because you did not attend the meeting. Since prong four is not established, prong five is moot.

## II.    DISCIPLINE OR DISCHARGE

To establish a violation on a discipline or discharge issue, the evidence must show: 1) Charging Party belongs to a protected group; (2) Charging Party was performing at a satisfactory level; (3)

101 E. 15th Street, Guadalupe CRD • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org

Equal Opportunity Employer / Program

Charging Party was discharged or otherwise disciplined; (4) Others similarly situated but not of Charging Party's group were not discharged; and (5) Charging Party was replaced by an employee outside the protected class.

You established prong one because you belong to protected classes based on age (58) and sex (Male).

The evidence does not show that you performed satisfactorily. You were reprimanded due to job duties that were not fulfilled in April of 2016 and October of 2016. On or about December 5, 2016, you were reprimanded for allegedly making an unethical request that Corpus Christi Diocese donate land. The final infraction was your failure to process a request for warranty work in March of 2017 that resulted in additional funds being spent. Based upon the pattern of performance deficiencies Respondent terminated your employment in May of 2017. Although you disagree with Respondent's assessment of your performance, you did not provide a document or witness to show that you performed satisfactorily. Since prong two is not established, prongs three through five are moot.

I have not received any information that indicates you were discharged, disciplined or harassed due to your age or sex. If you have additional evidence, you should submit it in writing to be received in our office on or before **November 29, 2018**. Please address your response to me at 101 East 15th Street, Room, Guadalupe CRD, Austin, TX 78778-0001.

If your charge is dismissed by management on or about November 25, 2018, the dismissal notice you receive will describe your right to request a review of our finding by the Equal Employment Opportunity Commission within 15 days from the date of the dismissal notice, or your right to file a lawsuit in state court within 60 days of your receipt of the dismissal notice.

Sincerely,

Carrie Mills, Supervisor
Employment Investigations/ADR
101 E. 15th Street, Guadalupe CRD
Austin, TX 78778
Phone: (512) 463-4664
Fax: (512) 482-8465

# David A. Sibley

Attorney At Law
Monday, December 3, 2018

**<u>Via Email</u>**
Carrie Mills
Employment Investigations/ADR
101 E. 15th Street, Guadalupe CRD
Austin, Texas 78778

Re:   **PRE-DETERMINATION LETTER**
Francisco I. Ramoz v. City of Corpus Christi
TWCCRD#: 1A18626          EEOC#: 31C-2018-00561

Dear Ms. Carrie Mills:

I feel compelled to respond to a few things.  The notion that it is "unethical" to ask the church to donate property rights is insane, outrageous and bad faith. The house could not be built without legal ingress and egress. The church was willing to do this. The City would not approve this because of required expenses. This evidences Ramoz going above and beyond the call of duty trying to help someone in no way or fashion unethical.  The City engages in mean spirited, hateful name calling. The City is outrageously dishonest.

As for one more thing, among many, the air conditioner passed inspection by the City building inspector and worked. In fact, it worked for nearly a year. My client is not a building inspector. After nearly a year, the air conditioner still worked, but it had mold which was not the City's fault. The house already had broken windows even though the house was less than a year old. The City was utterly incompetent in replacing the AC and then tearing the house down. The problem with the mold was not the City's fault. The home owner was extremely abusive. Her son participated in one of the most notorious murders in recent city history.

I am not asking you to reconsider anything. This case needs to go to Court. I think you need to know that the City with respect to this matter is acting in extreme bad faith.  Perhaps, in future cases, you will accept their statements with substantial caution. They are bad actors. Of course, I am not suggesting they are bad actors in all contexts but certainly this context.

In any event, we would like a right to sue letter. I apologize for the delay. The City's letter does look bad on its face. I needed to talk to my client about the City's accusations in detail and this took some time. The "unethical" thing frankly infuriates me. That is disgusting. We appreciate your efforts on this matter, but this matter needs to go to Court. Thanks.

-------------------

5314 Highway 35, Gregory, Texas 78359 (no mail)
P.O. Box 276, Gregory, Texas 78359 (mail)
361-704-1689 (office); 713-443-0926 (cell); Fax: 800-797-3890; d.sibley@outlook.com

Ex 3

Respectfully,

*David Sibley*

-------------------
5314 Highway 35, Gregory, Texas 78359 (no mail)
P.O. Box 276, Gregory, Texas 78359 (mail)
361-704-1689 (office); 713-443-0926 (cell); Fax: 800-797-3890; d.sibley@outlook.com

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

Ruth R. Hughs, Chair
Commissioner Representing
Employers

Julian Alvarez
Commissioner Representing Labor

Robert D. Thomas
Commissioner Representing the Public

Larry E. Temple
Executive Director

Francisco I. Ramoz
c/o David Sibley
David Sibley Law Office
PO Box 276
Gregory, TX 78359

## NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

### Francisco I. Ramoz v. CITY OF CORPUS CHRISTI

| TWCCRD Charge No. | EEOC Charge No. | TWCCRD Representative: |
|---|---|---|
| 1A18626 | 31C-2018-00561 | Carrie E. Mills |

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]    The Respondent employs less than the required number of employees or not otherwise covered by the statutes.

[ ]    We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]    While reasonable efforts were made to locate you, we were not able to do so.

[ ]    You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[ ]    The TWCCRD issues the following determination:  Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ X ]    **Other (briefly explain): Complainant requested a Notice of Right to File a Civil Action.**

1215 Guadalupe Avenue • Austin, Texas 78701 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Program
TEXAS
**WORKFORCE SOLUTIONS**

Ex 4

**Francisco I. Ramoz v. CITY OF CORPUS CHRISTI**
**TWCCRD Charge No: 1A18626**
**EEOC Charge No. 31C-2018-00561**

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE:

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division

Lowell A. Keig
Division Director

12/5/18
Date

Sylvia P. Guzman
Employee Relations Manager
City of Corpus Christi
PO Box 9277
Corpus Christi, TX 78469

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Francisco Ramoz

**(b)** County of Residence of First Listed Plaintiff _____Bee_____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se c/o David Sibley
P.O. Box 276
Gregory, TX 78359

## DEFENDANTS

City of Corpos Chisti

County of Residence of First Listed Defendant _____Nueces_____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
  Plaintiff
- ☑ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
  Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 VS.C. et al.    Title VII  Civil Rights Act 1964
Brief description of cause:
Age & Sex Discrimination    Age Discrimination Act 1967

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____n/a_____    DOCKET NUMBER _____n/a_____

DATE    3/12/2019

SIGNATURE OF ATTORNEY OF RECORD
Francisco Ramoz By DS with permission

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 02/19)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: <u>Nature of Suit Code Descriptions</u>.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.